IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREGORY GENE AIKENS                                                              PLAINTIFF

v.                                          3:16CV00267-BSM-JTK

DAVID CARTER, et al.                                                             DEFENDANTS

## ORDER

Plaintiff has submitted an Amended Complaint (Doc. No. 10) pursuant to the Court's October 18, 2016 Order (Doc. No. 6). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's denial of adequate medical care and treatment claims against Defendants Blain Cagle and Heather Glover. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Blain Cagle and Heather Glover. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 10) and summons on these Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of November, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1