**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**GREGORY GENE AIKENS**                                                 **PLAINTIFF**

**v.**                            **CASE NO: 3:16CV00267 BSM**

**DAVID CARTER, et al.**                                                 **DEFENDANTS**

## <u>ORDER</u>

The partial recommended disposition submitted by United States Magistrate Judge
Jerome T. Kearney has been reviewed. No objections have been filed. After careful
consideration, the partial recommended disposition is hereby adopted in all respects.
Accordingly, plaintiff Gregory Gene Aikens's legal claim is dismissed without prejudice for
failure to state a claim upon which relief may be granted and defendants David Carter and
Allison Huckabee are dismissed without prejudice for failure to state a claim upon which
relief may be granted.

IT IS SO ORDERED this 27th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE