# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GREGORY GENE AIKENS                                                              PLAINTIFF

v.                                          3:16CV00267-JTK

DAVID CARTER, et al.                                                            DEFENDANTS

## ORDER

Plaintiff shall respond to Defendants' Motion to Compel (Doc. No. 28) within fifteen days of the date of this Order. Failure to respond may result in the dismissal of this action, pursuant to Local Rule 5.5(c)(2) and/or FED.R.CIV.P. 37(b)(2).

IT IS SO ORDERED this 13th day of April, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE