IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREGORY GENE AIKENS                                                              PLAINTIFF

v.                                    3:16CV00267-JTK

DAVID CARTER, et al.                                                           DEFENDANTS

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Glover's Motion to Compel, based on Plaintiff's failure to respond to his discovery requests, and to subsequent letters requesting his response (Doc. No. 28). This Court directed Plaintiff to file a Response to the Motion on April 13, 2017, and notified him that failure to respond could result in the dismissal without prejudice of this lawsuit, for failure to prosecute (Doc. No. 29). As of this date, Plaintiff has not filed a Response to the Motion, as directed in the Court's April 13, 2017 Order.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In addition, FED.R.CIV.P. 37(b)(2)(A)(v) and 37(d)(3) provide that if a party fails to obey an order to provide or permit discovery, or fails to serve answers to interrogatories, the Court may sanction the party by dismissing the action. In this case, in light of Plaintiff's failure to respond or object to Defendant's discovery requests, or to comply with this Court's April 13, 2017 Order

directing a Response to the Motion, the Court finds that Plaintiff's Complaint should be dismissed without prejudice.   Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion to Compel (Doc. No. 28) is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 16th day of May, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE