# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GREGORY GENE AIKENS                                                                      PLAINTIFF

v.                                3:16CV00267-JTK

DAVID CARTER, et al.                                                       DEFENDANTS

## ORDER

On September 12, 2017, a copy of an Order mailed to Plaintiff at his last-known address, was returned to the Court as undeliverable (Doc. No. 40).

Pursuant to Local Rule 5.5(c)(2), a _pro se_ plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a _pro se_ plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, _pro se_, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute.

IT IS SO ORDERED this 13th day of September, 2017.

                                                           _____
                                                           JEROME T. KEARNEY
                                                           UNITED STATES MAGISTRATE JUDGE